IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DETRA BARRETT, | § | |
| | § | |
| v. | § | Civil Action No. 4:13-cv-744-C |
| | § | |
| NATIONSTAR MORTGAGE, LLC | § | |

## DEFENDANT'S MOTION TO DISMISS

Nationstar Mortgage, LLC (**Nationstar**) moves to dismiss the claims filed by Detra Barrett (**Barrett**) in her *Original Petition for Quiet Title and Validation of Debt* for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). Barrett's' claims fail as a matter of law and fact. Accordingly, Nationstar requests dismissal with prejudice. In support of this motion, movants file a Brief in Support and a Proposed Order.

Date: September 25, 2013

Respectfully submitted,

　　　　*/s/ Michael J. McKleroy, Jr.*
Michael J. McKleroy, Jr., SBN: 24000095
*Attorney-in-Charge*
C. Charles Townsend, SBN: 24028053
*Of Counsel*
Walter McInnis, SBN: 24046394
*Of Counsel*
AKERMAN SENTERFITT, LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas  75201
Telephone: 214.720.4300
Facsimile:  214.981.9339

**ATTORNEYS FOR DEFENDANT
NATIONSTAR MORTGAGE, LLC**

## CERTIFICATE OF SERVICE

  I hereby certify that on September 25, 2013, a true and correct copy of the foregoing was served as follows:

Detra Barrett
1601 Pacific Place
Fort Worth, Texas 76112
*Pro Se Plaintiff*
**VIA U.S. REGULAR MAIL**
**AND VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**NO. 7196 9008 9111 1486 5396**

                    */s/ Michael J. McKleroy, Jr.*
                    Michael J. McKleroy, Jr.

---

**Defendant's Motion to Dismiss**
Civil Action No. 4:13-cv-744-C; *Barrett v. Nationstar Mortgage LLC*