**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| DETRA BARRETT, | § | |
| | § | |
| v. | § | Civil Action No. 4:13-cv-744-C |
| | § | |
| NATIONSTAR MORTGAGE, LLC | § | |

**APPENDIX TO DEFENDANT'S BRIEF IN SUPPORT OF MOTION TO DISMISS**

| EXHIBIT | DOCUMENT | PAGE NO.'S |
|---|---|---|
| 1 | Deed of Trust | 1-21 |
| 2 | Purchase Money Security Document | 22-41 |
| 3. | Assignment | 42-44 |

Date: September 25, 2013

Respectfully submitted,


_____/s/ Michael J. McKleroy, Jr._____
Michael J. McKleroy, Jr., SBN: 24000095
*Attorney-in-Charge*
C. Charles Townsend, SBN: 24028053
*Of Counsel*
Walter McInnis, SBN: 24046394
*Of Counsel*
AKERMAN SENTERFITT, LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas  75201
Telephone: 214.720.4300
Facsimile:  214.981.9339

**ATTORNEYS FOR DEFENDANT**
**NATIONSTAR MORTGAGE, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2013, a true and correct copy of the foregoing was served as follows:

Detra Barrett
1601 Pacific Place
Fort Worth, Texas 76112
*Pro Se Plaintiff*
**VIA U.S. REGULAR MAIL
AND VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED
NO. 7196 9008 9111 1486 5396**

*/s/ Michael J. McKleroy, Jr.*
Michael J. McKleroy, Jr.