**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| DETRA BARRETT, | § | |
| | § | |
| v. | § | Civil Action No. 4:13-cv-744-C |
| | § | |
| NATIONSTAR MORTGAGE, LLC | § | |

## ORDER AND FINAL JUDGMENT

Now before the court is Nationstar Mortgage, LLC's motion to dismiss. The Court concludes the motion to dismiss should be GRANTED. The Court further orders that all claims asserted against CitiMortgage, Inc. by Detra Barrett in this lawsuit are hereby DISMISSED WITH PREJUDICE.

So **ORDERED** this _____ day of _____, 2013.

                                                                                                                                                                               _____
                                                                                                                                                                               SAM R. CUMMINGS
                                                                                                                                                                               UNITED STATES DISTRICT JUDGE